# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Roadget Business Pte. Ltd.

                                        Plaintiff,

v.                                                          Case No.:
                                                            1:24−cv−04647
                                                            Honorable Elaine E.
                                                            Bucklo

Dongguan Wenhao Apparel Co. d/b/a Livi, et al.

                                        Defendant.

---

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 30, 2024:

        MINUTE entry before the Honorable Elaine E. Bucklo: Defendant's response to plaintiff's motion to consolidate discovery [16] is due by 8/12/2024. The court will issue a ruling by mail. No appearance required on 7/31/2024. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.